Generated: Jul 3, 2024 12:06PM                                                                                   Page 1/1



# U.S. District Court

## California Northern - San Francisco

Receipt Date: Jul 3, 2024 12:06PM

Justin N Abdollahi
1200 N Flores St
Apt 111
Los Angeles, CA 90069

Rcpt. No: 311169439                Trans. Date: Jul 3, 2024 12:06PM                Cashier ID: #AK

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD  | Tender | | | | Amt |
|-----|--------|--|--|--|-----|
| CH  | Check  | #10050 | 06/30/2024 | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** case number 24-cv-4026 JCS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.