

RECEIVED
JUL 8 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES POSTAL SERVICE®

Click-N-Ship®

9405 8301 0935 5109 7513 20 0089 7001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship

usps.com
$8.97
US POSTAGE
Insured
06/30/2024

Mailed from 90069   67883042794170

PRIORITY MAIL®

07/03/2024
RDC 03
C004

JUSTIN ABDOLLAHI
APT 111
1200 N FLORES ST
WEST HOLLYWOOD CA 90069-2941

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
FL 16
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3426

USPS TRACKING #
9405 8301 0935 5109 7513 20